UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

JOSE FERREIRA,

        Defendant.

- - - - - - - - - - - - - - - - - - - x

INDICTMENT

07 CRIM. 708

07 Cr. \_\_\_\_

## COUNT ONE

The Grand Jury charges:

From in or about March 2000, through in or about July 2007, in the Southern District of New York and elsewhere, JOSE FERREIRA, the defendant, being an alien, unlawfully, willfully, and knowingly, did enter, and was found in, the United States, after having been deported from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about February 5, 1997, in Putnam County Supreme Court, for criminal possession of a controlled substance in the fifth degree in violation of New York State Penal Law Section 220.06, and without having obtained the express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____
FOREPERSON

_Michael J. Garcia_
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

JOSE FERREIRA

Defendant.

**INDICTMENT**

07 Cr.

(8 U.S.C. §§ 1326(a) and (b)(2))

MICHAEL J. GARCIA
United States Attorney.

**A TRUE BILL**

Foreperson.

7-30-07 Filed Indictment. Case assigned to Judge Berman

Pitman
U.S M.J.

2