**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                                             **ORDER**

          -against-                            07 **CR.** 708 (RMB)

JOSE FERREIRA,

                          Defendant.
-----------------------------------------------------------X

WHEREAS, with the Defendant's consent, his guilty plea allocution was taken before a

United States Magistrate Judge on October 19, 2007;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the

District Court; and

WHEREAS, upon review of the transcript, this Court has determined that the Defendant

entered the guilty plea knowingly and voluntarily and that there was a sufficient factual basis for

the guilty plea;

IT IS HEREBY ORDERED that JOSE FERREIRA's guilty plea is accepted.

Dated: New York, New York
       October 23, 2007

                                     **RICHARD M. BERMAN, U.S.D.J.**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10|23|2007