# EXHIBIT A

12/29/07

Honorable Richard M. Berman:

I am writing this letter on behalf of my father Jose Ferreira's case. I'm Brianna Ferreira the oldest daughter of Jose Ferreira, I work at Quisqueyana travel agency and multiservices, I'm a customer services representative. I go to "San Judas Tadeo church" located on manhattan, new york, I'm a married woman, mother of one child almost three years olds that is his fifth grandchild. I'm an student at Hostos community College my major is microcomputer for business.

Since I have knowledge my father has support the family, economic, moral and religiously. He came to this country almost like all the latin people I know with the hope of giving us a better future, He came to this country to work for his family, our family. all his sons and daughters are very proud to call him father, because he was always a very communicate, lovable father, always trying to make us a better persons, a better citizens,



always encourage us to go school, to learn, to be a professional, to better ourselves. my father taught us how to read, how important is to respect one to another. He taught us the importance of God in our life, he used to say: "the man who respect God our father, is a better man than the one who doesn't."

He was always a gentleman, always helpfull to anybody or everybody who need him. He was always helping friends to move, giving everybody a good advice, he is what any child would like to have as a father, that's why all my friends from my childhood treat him as a father. my father was a hardworker, always on time, always responsible, always a good example to anybody who knows him. Every time my father took us for a ride anywhere, ybody gree nice, with smile on the faces, with respect, with love, I honstly can say that everybody who knows my father, loves him. He send money to our country Dominican Republic when we lived there to support us for school

for our food, our clothing, everything, he is a very responsible father. my mother and him didn't work because nobody is perfect, and they have their differences. But he is a good man. He hasn't been married to Catalina Arroyo his actual partner but I think they have a solid marriage even though they haven't signed any papers to prove it, but, my father treat her like a Queen And she treats him like a King, they adore each other, they been together for more than fifteen years and, I hope they'll last forever, because they make each other very happy.

my aunts mayra Ferreira and maritza Ferreira can give you proof of the kind of person my father is. He's been a father figure to my cousins, always helping them, he raised his sister children like he was their own father, they respects him and loves him a lot. He used to take us to the park, he used to play baseball with my brothers and cousins, and Catalina's sons. All five of his grandchildren are very fond of him, they ask for him, they miss him a lot.



Honorable Judge Richard M. Berman
with all the respect you deserve, I would
like to point to the fact that I know
my father's guilty plea on this case. yes,
I am aware of the charges and I believe
this incident runs contrary to father's
good character and his upstanding citizen ship,
everybody who knows him are surprised something
like this is happening based on our knowledge
of my father's character. I just want
you please, to take in consideration that
everybody make mistakes and, I know
for sure he had learn from it and,
that he has a very large family that needs
him and miss him a lot.

Thanks for giving me the opportunity
to express myself, have a very nice
day. thank you.

Brianna Pereira



# EXHIBIT B

[Translation]

Honorable Richard M. Berman,

My name is Yudelky Ferreira. I am the second daughter of Jose Ferreira, and I am the mother of three children: Yennifer, Brian, and Albonia, who are my father's first grandchildren. They love and respect him, as he does them.

I know my dad pled guilty to the charges he is accused of, I just want the opportunity to tell you that in spite of the error my dad committed, he also has a lot of great qualities. For example, as a father, he's the best dad in the world, caring, a good communicator, loving, protecting, and responsible. He is always looking out for his kids and grandchildren, always available to lend a hand when we need him most. For example, he sacrificed a lot to separate himself from us to come to this country to work hard in order to give us a better future. He fought, he put in a lot of effort, and as soon as he could bring us here, he brought us. He is always giving us guidance and telling us to study and to work hard to be able to have a better future.

He always supported us economically, both before and after he came to this country. Later on while he was here, I formed a family with the father of my children and separated myself from my dad, but we have always established communication and we visit him often. Even after I was married he is still always guiding me and giving me advice to keep studying, that if I took the time I could do it, etc.

Later after a long time my husband and I separated and my dad gave me the support that daughters need from fathers in such difficult moments in life. I went to his house with my daughters, he gave us food, a roof, and all the love in the world. It seemed like I had never left his side. He always advised me and helped me bit by bit to get over such a painful situation.

My children love him, he's like a father for them. He guides them, educates them, always makes sure if they've done their homework, if they've eaten enough. He always taught them to be disciplined people with authority and great respect. Finally, my dad is a very important part, very important part in my life and for my three children.

I love my dad, [unreadable] what I wrote before should be taken into consideration, because we have maintained a very beautiful relationship, like all families have some kind of difference because when a person is young she always believes she knows everything, but thanks to God he has always been here to guide me and scold me, he is my support, he is my life, he is my everything, because of that and for more things - if I wrote about them all it would be a book, and not a short one.

I ask you, I beg you with all the respect that you deserve, to give him the opportunity to stay here with us, we love him, and we need him very much.

[Signature]

Honorable Richard H. Berman :

Mi nombre es yudelky Pereira soy la segunda hija de Jose Pereira, soy madre de tres niños : Yennifer, Brion y albonis los cuales son los primeros nietos de mi padre, ellos lo adoran y lo respetan. Mucho y él a ellos tambien.

Tengo conocimiento que mi papá se declara culpable de los casos que lo acusan, solo quiero la oportunidad de decirle a usted que a pesar del error que mi papá cometió. él tambien tiene muy buenas cualidades, por ejemplo: Como padre el mejor papi del "mundo", cariñosa, comunicativa, amoroso. un padre protector, responsable, siempre esta al pendiente de sus hijos y nietos, siempre dispuesto a darnos la mano cuando mas lo necesitamos. Como por ejemplo:

él se sacrificó separándose de no-
sotros físicamente para venir a este
país a trabajar duro para darnos
un mejor futuro. Luchó, se esforzó,
y en cuanto pudo traernos nos trajo.
Siempre orientándonos y diciéndonos
que estudiáramos, que leeramos mucho,
para poder tener un mejor futuro.

Siempre nos mantuvo económica-
mente antes y después que llegáramos
a este país, luego de un tiempo
de estar aquí, yo formé una
familia con el poder de mis hijos
y me separé de mi papá, pero
siempre estábamos en comunicación
y nos visitábamos muy a menudo,
aún después de casada siempre
orientándome y aconsejándome
que siguiera mis estudios, que
sacara el tiempo, que yo podía
hacerlo, etc.

Luego de un largo tiempo
mi pareja y yo nos separamos

y mi papá me dió todo el apoyo que una hija necesita de sus padres en estos momentos tan difíciles de la vida. Me llevó para su casa con mis niños, nos dió comida, techo y todo el amor del mundo, parecía como si yo nunca me hubiese ido de su lado. Siempre me aconsejaba y me ayudó poco a poco a salir de esa situación tan dolorosa.

Mis hijos lo adoran es como un padre para ellos, es muy cariñoso con ellos, los orienta, los educa, siempre pendiente si° hicieron sus tareas, si comieron adecuadamente. Siempre le enseña a ser personas disciplinadas con autoridad y mucho respeto. En fin mi papá forma parte muy importante, pero muy importante en la vida mía y de mis tres niños.

ya que a mi papá

lo escrito anterior se debe hacer de re-
cuento, que mantenemos una re-
lación muy bonito, como toda
familia una que otra diferencia
porque una cuando es joven
siempre cree que se la sabe todo
pero gracias a Dios el siempre
ha estado ahí para orientarme
ó regañarme, es mi soporte,
es mi vida, es mi todo, por
eso y por muchos caso más
que si lo escribo ya seria un
libro no una carta;

Le pido, le ruego con
todo el respeto que usted
se merece que le dé la
oportunidad de quedarse
aquí a nuestro lado, lo
queremos, lo amamos y lo
necesitamos mucho.

Att: Yudelkis Ferreira

# EXHIBIT C

December 13, 2007

Honorable Richard M. Berman
United States Southern District Judge
U.S. District Court for the Southern District of New York
500 Pearl Street, Room 650
New York, New York 10007-1581

Dear Sir:

My name is Ethel Harper-Winston and I am the ex-wife of Jose Ferreira whom have been detained for re-entering the United States after receiving a sentence prior of deportation.

I am writing this letter to plead with you to have mercy on my ex-husband Jose, who only wanted to escape the poverty of his native country, The Dominican Republic. He knew and understood the risk of his life and freedom involved, however he made a horrifying decision in coming back to the United States illegally. I remember speaking to him sometime ago and he expressed how very uncomfortable it was for him living here, always having to fear that he would be apprehended and the consequences that he would endure. That prediction came true.

In spite of the tremendous amount of love I had and will have for him, we decided to end our marriage after he was sentenced to deportation in 1997. I knew that I would not be relocating to his country and did not expect to see him here again. I know that he's a wonderful person that made a few bad decisions.

Further, I want to bring to your attention that he has no extensive criminal background.

In closing, I would also like to express that my heart goes out to him and I am truly sorry. My prayers are with him. Your Honor, I beg for your leniency. The remainder of his life lies entirely in you hands.

Respectfully & most sincerely,

Mrs. Ethel Harper - Winston

# EXHIBIT D

[Translation]


December 18, 2007


Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007

Honorable Judge,

My name is Catalina Arroyo; I came to this country in 1984.  I am a naturalized citizen of this great country.  I've been working for the company Christian Community for 21 years as a home attendant.

I met Mr. Jose Ferreira in 1994 whom I joined in matrimony.  As a single mother of 4 children, I found (in him) a huge support to help raise them.  We both worked hard and made our household a stable one.  Jose Ferreira is a very respectful, tender loving man, of noble emotions for us all and towards society.

Your Honor, the sole purpose that Mr. Ferreira had for his illegal reentry into the country was his wish to continue being as a real family.  He worked over 40 hours a week so we could achieve the American dream.

I thank you for whatever attention you might confer on my letter.


Attentively,

(Signature)
Catalina Arroyo
███████████████████████
████████████

Telephone ██████████

December 18, 2007

Honorable Richard M. Berman
United States District Judge
Southern District New York
500 Pearl Street
NY, NY, 1007

Honorable Juez,
Mi nombre es Catalina Arroyo, llegue a este pais en el 1984. Soy cuidadana naturalizada en este gran pais. Tengo 21 años trabajando para la compañia Cristian Community, como home attendant.

En el 1994 conoci al Sr. Jose Ferreira con el cual me uni Marital mente. Como madre soltera con 4 hijos, en el encontre una gran ayuda para criar. Juntos trabajamos fuerte y hicimos un hogar estable. Jose Ferreira es un hombre bien repetuoso, amoroso y de gran sentimientos para todos nosotros y para esta sociedad.

Señoria el Señor Jose Ferreira regreso ilicitamente a este pais por el solo proposito de seguir unido a nosotros como una verdadera familia, trabajando mas de 40 horas a la semana para que logremos el sueño Americano.

Gracias por la atericion que pueda dispensar a la presente.

Muy Atentamente

*Catalina Arroyo*

Catalina Arroyo
███████████████
███████████
Telefono: ███████████

# EXHIBIT E

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 5, 2007

Dear Judge Berman:

        This letter is concerning my brother Jose Ferreira, I am Maritza Ferreira residing
at██████████████████████████. I am a housekeeper at the Algonquin
Hotel and have been working there for over 7 years. I've known Jose to be a responsible
person that is always concerned about this family and the well being of those around him.
I am aware that he re-entered the United States illicitly and understand that this is a
felony. I have had the opportunity of visiting him on various occasions and it saddens me
to see him go through such pain of being away from his family and his love ones.

        I would like you to know that he is a very hard working individual. I have had the
opportunity to meet his last supervisor who spoke very well about my bother's work
ethics. I was not surprised because he has always been a responsible individual. He has
always been dedicated with his children, family and friends. His energy and positivity is
cherished by everyone around him. Neighbors and friends always ask for him and send
him warm regards.

Thank you for your time!


Cordially,

*Maritza Ferreira*
Maritza Ferreira

December 8, 2007


Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 1007

Re: Jose Ferreira


Honorable Judge:


I, Eugenia Ferreira, distinguish my dear brother Jose Ferreira as remarkably kind, honest, reliable and hard working person. He thought me the knowledge to become a successful and independent person. Now day I thanked him for been my leader and companion, he has been a great access in my life.

People around our neighborhood does not have anything negative to say about him. Jose is well liked by all his friends and family. He is an excellent father and most of his time he spend it with his children. He visits church as well as doing his bible studies frequently. He is very motivated, has a wonderful sense of helping others and very warmth.


Sincerely,

*Eugenia Ferreira*
EUGENIA FERREIRA


State of New York
County of New York
Sworn to before me
This ___ day of ___ 2007.

Notary Public

SILVIA VIZCAINO
Notary Public, State of New York
No. 31-4998696
Qualified in New York County
Commission Expires:

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 5, 2007

Dear Judge Berman:

      This letter is to express my sorrow on the situation concerning the case of Jose Ferreira. I am aware that he is currently in jail because he re-entered the United States illicitly. My name is Mayra Ferreira and I am Jose Ferreira's younger sister. I have been employed with Beekman Tenants Corporation for over 15 years as a Housekeeper. I provide the highest customer services and room service to apartment owners in mid-town Manhattan. I am proud of the work that I do because as a single parent and through my employment I have been able to provide my two daughters with a college education.

      Jose Ferreira has been a responsible, energetic, loving person. Moreover, he has been an excellent bother, a father to his children as well as to my two daughters. Raising two daughters in New York has been a difficult task, but my brother has always been there helping and being a father figure to them. When one of my brothers passed away a few years ago, Jose was there for me financially, mentally, and emotionally. Through his spirit and support as well as other family members and friends I was able to ease my pain. We went to church together; we pray and maintain a tight family bond.

      Jose has always been a hardworking man who has never forgotten about this family. I remember going with him to send money to Dominican Republic when his children were there as well as to buy phone cards to speak to them. He never seemed to amaze me with his kind heart. There were times in which I needed someone to the heavy and handy work in my apartment and Jose was always willing to help.

I believe that his motivation and hard work have inspired many around him including myself.

Sincerely,

Mayra Ferreira

# EXHIBIT F

1111 Gerard Ave.
Bronx, NY 10452

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 1, 2007

Dear Judge Berman:

My name is Enlly Paulino. I graduated from State University of New York at New Paltz with a Bachelor's Degree in General Business. I am currently the Academic and Partnership Counselor at a non-profit organization in Washington Heights. I assist youth through the journey of academics, providing them with 3 hours of math workshops a week to improve S.A.T and New York State math Regents scores. I also empower these students and show them that college is an attainable goal. I plan to pursue my Master's in Public Administration by fall 2008. My success thus far has been in many ways due to my supporting family. Jose Ferreira is an Uncle that has always been a part of my life and father figure. He has always guided, supported and been a positive role every step of the way.

It is with great pleasure to write about a man that is so dear to me. Jose is family oriented, excellent listener, motivated, driven, loving and caring individual. We have shared many great memories together. I remember him attending my first birthday party in the United States at Mallally's Park. It was a nice, hot summer day in June, I was excited to see my family together for my birthday, it was the first big family event since I had arrived from The Dominican Republic. I also remember Tio Jose taking me to McDonalds every Sunday when I was younger. He would pick up my two cousins, Edual and Mayi and then pick up my sister and me. The five of us would go to McDonalds and talk about how we were doing. We took turns sitting in the front seat of the car. He never showed preference, and this was one of the ways he showed us that he loves us all the same. Riding the car with him was always fun because he has always been an energetic, young spirited, happy man. He has always had a good taste for music and we definitely have that in common. I remember one Christmas he gave me a doll whose hair came off and had different color hair. I am not sure why, but this doll was one of my favorites. The same year he game my mom a microwave she desperately wanted and needed. During many altercations with my siblings he served as a mediator.
One occasion when Tio Jose was a great listener was when I was arguing with my cousin about him not visiting nor reaching out to the family and not being around when needed.

I was very emotional after the argument and my uncle came in the house a few minutes later. He noticed the tension and asked about what happened, I explained the situation and broke into tears. He wiped my tears and gave me a hug. He assured me that everything would fall into place and to give it time. I always provided me with a safe space.

This past year, he was at my graduation ceremony, which is one of my greatest accomplishments because I am a first generation college student. We took pictures and after the ceremony was over, he told me that he was extremely proud of me. I always joked around with him because he has a great sense of humor. At times I would jokingly tease him about his weight; he would laugh and tell me I needed to exercise. He always stayed in shape; he played baseball during his spare time and invited me to some of his games.

I admire him for being a strong, hard working, family oriented, loving, caring man. I am aware of the fact that he has declared himself guilty of returning back to the United States after being deported. However, he has worked really hard after coming to the United States. He worked long hours to provide for him and his children. He has always gone beyond the call of duty for his family and friends. It makes me sad that he is not going to be with us during the Holidays. Last year we shared the holidays together and we went to church. It brings tears to my eyes the thought of not having him around. He is so dedicated to my education and my professional development that he even sent me an article from the newspaper on stocks workshops. I pray that you would make this best decision in regards to this situation.


Respectfully,

Emily Paulino

# EXHIBIT G

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

December 12, 2007

Dear Judge Berman:

     I, Angel Dionicio, will like to certify that I know Mr. Jose Ferreira for over 9 years.  I work at a travel agency, La Nacional Corp., and my main responsibility is the Money Room.  I have been working there for over a year.  Since I have known Mr. Ferreira he has always been a family oriented individual whom I shared many family activities with on many occasions.

     I am aware that Mr. Ferreira entered the United States illicitly.  I also know that he is a hard working man who has always been responsible for the well-being and betterment of the education and/or professional life of his children.  Over the years, Mr. Ferreira has demonstrated to be a loyal, unselfish, dependable person.  He has been a phenomenal friend who has always cared about my family and me.  I respect him for always having optimism and drive.  I appreciate your time in reading this letter and hope it helped you gain a better understand on Mr. Ferreira's persona.

Cordially,

Angel Dionicio

# EXHIBIT H

December 12, 2007

Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Dear Judge Berman:

This is to inform you that I, Damarie Brito, employed at JPMorgan Chase Bank since
August 1995, my current position is Accounting Specialist and , I like to inform you that
Jose Ferreira is my cousin, I have know Jose to be a responsible individual that is always
concern about his family and the well being of those around him.  He is very loving,
caring and honest person.  I am aware that he re-entered the United States illicitly and
understand that this is a felony.

It is my prayer that God will give you wisdom when it is time to make a decision in
regards to Jose's future, please keep in mind that Jose has a family that miss him.

Sincerely,

Damarie Brito

[Translation]

December 19, 2007

Honorable Richard M. Berman:

My God, talking about my second Father, it is so easy to say exactly what makes him Jose Ferreira; what I mean to say is that describing him is like a Work of Art that is both the simplest and the most beautiful.

Why do I call him my second father, for the simple reason that after I met him after I was an adult he guided me, advised me, loved me, corrected me; as if he were my real father. And that for me, since I am alone without my blood-related family, is very important and that is why I can say out loud and write with my best [unreadable] that Jose Ferreira is a great human being, friend, person, father, and like all of us who commit errors, they help us become better people. I know that he pled guilty to the crime with which he is accused, but it still does not fall under the good image he always taught me.

Like all human beings, I admire his fascinating qualities.

I, Katherine, met him through his daughters Brianna and Yudelk Ferreira, whom I've known since they were kids in the Dominican Republic, whom I've loved like sisters, and through them I recognize his role as a father.

I am living with his wife Catalina, who although she didn't legally marry him through paper, more important things binds them: in such a long relationship, love, respect, solidarity, and honesty have become the law of their hearts.

Thanks to his wise and correct advice, a year ago I did not make a mistake that I would have regretted. I give him all thanks to god that he considered me like one more daughter, and that's a pride that always [unreadable].

I hope that this Christmas our Lord Jesus Christ brings among us Hope, Love, soon, and much luck in this new beginning that is ours to take on. These are my most sincere desires.

Katherine Segura

12/19/07

Honorable Richard M. Berman:

Dios mío el hablar de mi segundo Padre es tan facil como decir que se hace llamar José Ferreira, es decir descubierlo es una Obra de Arte que mientras mas sencilla mas hermosa es.

Por que le llamo segundo padre, por la simple razon que despues del que a mi me engendro el despues de ser adolta te... me Orientarme, aconsejarse, Quereme corregirme, como si fuera mi padre en verdad. Y esto para mi que estoy sola sin mi familia se refleja se muy Importante y por tanto puedo decir a voz alta o escribir con mis mejores deseo que José Ferreira es un gran ser Humano, Amigo, Persona, Padre y que como todos nosotros cometemos errores los cuales nos ayudan hacer mejor ser humano.

②

yo tengo conocimiento de que el
se ha declarado culpable del
delito que lo acusan. Pero
aun hací no se cae' de la
imagen tan bella que siempre
me enseño.

Como todo ser humano
admiro sus facinantes cuali-
dades. Yo Katherine lo conosco
por medio de sus dos hija
Brionne y Yudith Ferreira
que desde niños nos conoce-
mos desde la Republica Domi-
nicana los cuales la quiero
como mís hermonos y por tanto
reconosco su rol de Padre.
Y compartiendo con
su esposa Catalina que
aunque no lo une un papel
lo une lo mas importante
el amor, Respecto, Solidaridad
transparencia de una unión
de muchos años que hacen ley
en sus corazones.

Let your
dreams be the
springboard for
great actions.

Gracias a sus sabios y
acertados consejos nace una
amistad no conoci un hombre
que hoy me encuentro arrepentida
le doy todo los dias gracias
a Dios por que el me con-
sidera como una hija mas
y esto es un Orgullo que
siempre llevaré en alto

Espero que en esta Navidad
que Nuestro Señor Jesus
Cristo nace entre Nosotros lo
llene de Esperanza, Amor
Dicha y mucha suerte
en este nuevo Camino que
le toca recorer. Son mis mas
sinceros deseos

Katherine Segura

[Translation]


December 18, 2007


Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007


Honorable Judge,

My name is Luisa Concepción. I'm the mother of 5 daughters. I've lived in this country for more than 35 years; where I've worked fervently for the welfare and education of my family.

Your Honor, I've known Mr. Jose Ferreira for quite a few years, approximately 13. He shares a consensual relationship with my sister, Mrs. Catalina Arroyo. I can relate he's been a great support to my sister and their children based on the hard work he's always carried out in this country. Moreover, he's a very respectful and sociable man.

Your Honor, on the fact that he entered the country illegally, I'm convinced that he did so to continue his closeness with his family and friends. He said this to me during some of our conversations and his actions confirmed it.

I thank you for your attention.


Attentively,
(Signature)
Luisa Concepción

December 18, 2007

Honorable Richard M. Berman
United States District Judge
Southern District New York
500 Pearl Street
NY, NY, 1007

Honorable Juez,

Mi nombre es Luisa Concepcion, Madre de 5 hijas, vivo en este pais por mas de 35 años donde he trabajado arduamente para el bienestar y la educacion de mi familia.

Señor Juez tengo muchos años conociendo al señor Jose Ferreira alrededor de 13 años de que vive junto a mi hermana la señora Catalina Arroyo, y de el puedo decir que ha sido de gran soporte para mi hermana y sus hijos debido a su arduo trabajo que siempre ha ejercido en este pais. Ademas es un hombre muy respetuoso y sociable.

Señoria el hecho de que el entrara a este pais ilicitamente, estoy convencida que fue por seguir unido a nosotros como familia y como amigo, porque en varios conversaciones me lo dijo y con sus actuaciones me lo confirmo.

Gracias por la atencion

Atentamente,

*Luisa Concepcion*

Luisa Concepcion

[Translation]


December 18, 2007


Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
NY, NY 10007


Honorable Judge:

We are a married couple, Luis and Santa Castillo. We've been in this country for more than 24 years. We are the parents of 4 children; three of these were born and received their education in this country. Their behavior is irreproachable. We are Christian (Pentecostal) household, and we are both hard-working. Santa Castillo has 7 years with the New York City Department of Education and Luis Castillo is currently disabled due to an accident.

We've known Mr. Jose Ferreira for more than 13 years. We can attest that he's always been a hard-working man, very close to his family, with a super sized humane heart. He would frequently visit us at home where we enjoyed family get togethers.

Your Honor, we are sure that the decision taken by Mr. Ferreira to come back to this country illegally, which he considers his well, was the fact that he wanted to remain close to his family as well as to all of us, who are his friends.

I thank you for your attention.


Attentively,

(Illegible signature)
Luis Castillo
Santa Castillo (Signature)

December 18, 2007

Honorable Richard M. Berman
United States District Judge
Southern District New York
500 Pearl Street
NY, NY, 1007

Honorable Juez,

Somos los esposos Luis y Santa Castillo. Tenemos mas de 24 años en este pais, padre de 4 hijos, tres de ellos nacido y educado en este pais, con conducta intachable, un hogar cristiano (Pentecostal) y ambos somos bien trabajadores. Santa Castillo 7 años en el departamento de educacion de la ciudad de Nueva York y Luis Castillo recientemente desabilitado por un accidente.

Tenemos mas de 13 años conociendo al Señor Jose Ferreira, del cual podemos testificar que siempre ha sido un hombre trabajador, muy apegado a su familia y de un gran Corazon humano. El cual frecuentemente visitaba nuestro hogar donde compartiamos como familia.

Señoria, estamos seguro que la decision del señor Ferreira de regresar ilicitamente a este pais el cual el considera de el tambien. Fue por el hecho de seguir unido a su familia y a todos nosotros que somos sus amigos.

Gracias por la atencion.

Atentamente

Luis Castillo
Santa Castillo

# EXHIBIT I

[Translation]

1/08/07

Your Honor:

I would like to ask your forgiveness for having violated the laws of this country. A country that took me in with wide open arms and where I could have lived alongside my children, grandchildren, siblings and other relatives the rest of my life.

I would like to ask forgiveness to all United States citizens, especially to my family for the shame I might have brought upon them. It was stupidity on my part to return, violating the law again. I would like to take an oath before God and men that this will not happen again. I'm truly sorry, Your Honor. Thanks a lot.

Attentively,

José Ferreira

Sus Señoría:

Quisiera pedir perdón por aber violado la
leyes de este país. país que me acogió con los brazos
abiertos. y en el cual pude aber vivido juntos a
mis hijos, nietos, hermanos y demas familiares. los últimos
dias de mi vida.

Quisiera pedir perdón a todos los
ciudadanos de los Stados unidos. en especial a
mi familia. por la vergüenza que le he hecho
pasar. se que una estúpidez de mi parte el aber
regresado violando de nuevo esta leyes. y quiero
jurar ante Dios y los hombres que estos no vol-
veran a suceder. los siento muchos. Su señoria.
Muchas gracias

muy atte
José Herrera